UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRACKERS DEMO, LLC,

    Plaintiff,

                                        Case No. 22-cv-12821

v.                                  Hon. Matthew F. Leitman

OPERATING ENGINEERS LOCAL
324 PENSION FUND,

    Defendant.

_____/

## ORDER CLOSING CASE

The Court previously issued an order remanding this action to an arbitrator for further proceedings. Those additional proceedings have now been completed, and at least one of the parties is seeking review of the arbitrator's decision on remand. However, that review is being sought in a newly-filed civil action (25-13632), not in this action. It is thus clear that there will not be any additional proceedings in this action. This action is therefore **CLOSED**.

    **IT IS SO ORDERED.**

                                      s/Matthew F. Leitman_____
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: February 25, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 25, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126